IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ROBERT ORLANDO BOLDEN, Defendant. | No. 99-CR-44-LRR<br><br>ORDER |

Following a hearing on July 27, 2010 before the undersigned, with Defendant Robert Orlando Bolden present with counsel, the court found Defendant guilty of contempt of court, a violation of 18 U.S.C. § 401(3). Specifically, Defendant knowingly and intentionally had contact with Brooke McGivern in violation of this court's order.

Pursuant to 18 U.S.C. § 402, Defendant is sentenced to serve six (6) months in federal custody.

**IT IS SO ORDERED.**

**DATED** this 27th day of July, 2010.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA